# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| **ARTHUR DOE,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **JIM HOOD, Attorney General of the State of Mississippi,** *et al*, <br><br> Defendants. | Case No. 3:16-cv-00789-CWR-FKB <br><br> **CLASS ACTION** <br><br> **Oral Argument Requested** |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, respectfully move this Court for an Order of Summary Judgment with respect to Plaintiffs' allegations in their Complaint that their registration as sex offenders pursuant to Mississippi's Unnatural Intercourse statute violates their rights under the Due Process Clause and Equal Protection Clause of the Fourteenth Amendment to the United States Constitution. *See* Compl. ¶¶ 92-111 (Dkt. #1).

As set forth in Plaintiffs' Memorandum of Law in Support of this motion, Plaintiffs are individuals subjected to mandatory registration under the Mississippi Sex Offender Registry for convictions under Mississippi's unconstitutional Unnatural Intercourse statute or convictions considered to be out-of-state equivalents to Mississippi's Unnatural Intercourse statute. Plaintiffs seek an order of summary judgment enjoining enforcement of the registration requirement, requiring removal of Plaintiffs and class members from the registry, expunging all records

signaling Plaintiffs' and class members past inclusion in the registry, and declaring that enforcement of the Unnatural Intercourse statute is unconstitutional.

In support of this Motion, Plaintiffs respectfully submit the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment and accompanying exhibits.

Respectfully submitted this 3rd day of November, 2016

| CENTER FOR CONSTITUTIONAL RIGHTS | MCDUFF & BYRD |
|---|---|
| By: /s/ Ghita Schwarz<br>   Ghita Schwarz<br>    *pro hac vice*<br>   Alexis Agathocleous<br>    *pro hac vice*<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Tel: (212) 614-6445<br>Fax: (212) 614-6499<br>aagathocleous@ccrjustice.org<br>gschwarz@ccrjustice.org | By: /s/ Robert B. McDuff<br>   Robert B. McDuff<br>    Bar No. 2532<br>   Jacob W. Howard<br>    Bar No. 103256<br>767 North Congress Street<br>Jackson, Mississippi 39202<br>Tel:(601) 969-0802<br>Fax: (601) 969-0804<br>rbm@mcdufflaw.com<br>jake@mcdufflaw.com |

LAW OFFICE OF MATTHEW STRUGAR

By: /s/ Matthew Strugar
   Matthew Strugar
    *pro hac vice*
2108 Cove Avenue
Los Angeles, CA 90039
Tel: (323) 739-2701
matthewstrugar@gmail.com

## CERTIFICATE OF SERVICE

      This is to certify that on this day I, Ghita Schwarz, Counsel for Plaintiffs, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to the following:

PAUL E. BARNES, MSB No. 99107
Special Assistant Attorney General
State of Mississippi
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205
pbarn@ago.state.ms.us

WILSON MINOR, MSB No. 102663
Special Assistant Attorney General
State of Mississippi
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205
wmino@ago.state.ms.us

ATTORNEYS FOR DEFENDANTS

THIS, the 3rd day of November, 2016.

                                                   /s/Ghita Schwarz_____
                                                   GHITA SCHWARZ