# Attachment 2



# Mississippi SOR
## Sex Offender Registry

Name Search | Geographical Search | Community Notifications | FAQs | Resources | Contact Us

Return to Search Results | Back to Search Form | Submit a Tip

[redacted]

Main | Other Addresses | Scars | Tattoos | Vehicle Information

[redacted]

**Name:**

**First Name:** [redacted]
**Middle Name:**
**Last Name:**

**Aliases:**

**No records found.**

**Gender/Race/DOB:**

**Gender:** Male
**Race:** [redacted]
**Date of Birth:**

**Primary Address:**

[redacted]

**Physical Description:**

**Height:** [redacted]
**Weight:**
**Hair Color:**
**Eye Color:**

**Offenses:**

| Conviction Date | Location | Offense Code | Offense |
|---|---|---|---|
| [redacted]/2007 | Jefferson LA | Section 45-33-23(g)(xvii) | Crime Against Nature/Any other offense committed in another jurisdiction for which registration is required in that jurisdiction |

If you believe the listed information is in error, you may contact us via the "Submit a Tip" button above.

THE INFORMATION PROVIDED ON THIS SITE IS INTENDED FOR COMMUNITY SAFETY PURPOSES ONLY AND SHOULD NOT BE USED TO THREATEN, INTIMIDATE, OR HARASS. MISUSE OF THIS INFORMATION MAY RESULT IN CRIMINAL PROSECUTION.

| | | |
|---|---|---|
| **CASE:** ▮ **STATE vs** ▮ | | |
| **File Date:** 10/12/2006 | **Close Date:** ▮ 2007 | **Div:** B |
| **Defendant #1:** ▮ | **Class:** 3 | **DA Case Nbr:** ▮ |

## Address

| | | |
|---|---|---|
| Name: | | |
| Address: ▮ | | |
| Phone1: | | |
| Phone2: | **SID:** | |
| SSN: | **DL:** ▮ | |
| DOB: | **CCN:** | |
| Race/Sex: | **B of I:** | |

## Charge

| Item NBR | Count | Statute | Type | Class | Description | Charge Disp DT | Disposition |
|---|---|---|---|---|---|---|---|
| ▮ | | 14:89 | F | 3 | CRIME AGAINST NATURE | ▮ 2007 | Withdrew not guilty and pleaded guilty; The Defendant withdrew a plea of NOT GUILTY and tendered a plea of GUILTY |

## Commitment

▮ 2007 Hard Labor;
Sentenced 2 Years
Suspended 2 Years
Active Probation 2 Years

## Bond

| Number | Type | Released | Status | Amount | Power of Atty | Appeal Bond |
|---|---|---|---|---|---|---|
| ▮ | Commercial (09); | 10/06/2006 | | 3,500.00 | DS5-126372 | |

## Motion

| By | Motion | Disposition | Date |
|---|---|---|---|
| ATD | Omnibus motions; | | |
| ATD | Bill of particulars; | | |
| ATD | Discovery and inspection; | | |
| ATD | Exculpatory evidence; | | |
| ATD | Preliminary hearing; | | |
| ATD | Suppress confession; | | |
| ATD | Suppress evidence; | | |
| ATD | Suppress identification; | | |

## Calendar

| DocketDT | ScheduleDT | Clerk | Description |
|---|---|---|---|
| ▮ 2007 | ▮ 2007 | SAC | Court Status Hearing: |
| ▮ 2007 | ▮ 2007 | SAC | Motion hearing: Motion hearing cont. from ▮ 07**w/n** |
| ▮ 2006 | ▮ 2007 | DAM | Motion hearing: Motion hearing set Friday ▮ 2007. w/n given ▮ |
| ▮ 2006 | ▮ 2006 | DGD | Status Hearing: Released from jail |

## Minute

| DocketDT | ScheduleDT | Clerk | Description |
|---|---|---|---|
| ▮ 2007 | ▮ 2007 | SMR | Case active: Petition for Cause filed. |
| ▮ 2007 | ▮ 2007 | DH1 | Case active: Sent Record To Div B |
| ▮ 2007 | ▮ 2007 | SAC | Docket minute: miscellaneous |
| ▮ 2007 | ▮ 2007 | SAC | Court Status Hearing: |
| ▮ 2007 | ▮ 2007 | DH1 | Case active: Defendant Court Costs And Fines |
| ▮ 2007 | ▮ 2007 | SAC | Plea: Count 1 R.S. 14:89 Withdrew not guilty and pleaded guilty : 2 Years |
| ▮ 2007 | ▮ 2007 | SAC | Docket minute: commitment |

| | | | | |
|---|---|---|---|---|
| /2007 | 2007 | SAC | Commitment: The Court sentenced the Defendant to imprisonment at hard labor for a term of 2 years., SENTENCE: 2 Years, ACTIVE PROBATION: 2 Years | |
| /2007 | 2007 | SMR | Motions: Motions Filed | |
| /2007 | 2007 | SAC | Motion hearing: Motion hearing cont. from 07**w/n** | |
| /2007 | 2007 | SAC | Docket minute: continuance | |
| /2007 | 2007 | SAC | Case active: w/n to def | |
| 11/21/2006 | 11/21/2006 | TAN | Case active: IDB APPOINTMENT | |
| 11/20/2006 | 2007 | DAM | Motion hearing: Motion hearing set Friday, 2007. w/n given 11/20. | |
| 11/20/2006 | 11/20/2006 | DAM | Plea: Plea NOT GUILTY | |
| 11/20/2006 | 11/20/2006 | DAM | Docket minute: Written notice was given to the Defendant. | |
| 11/20/2006 | 11/20/2006 | DAM | Docket minute: The Court ordered an IDB appointed attorney. | |
| 11/20/2006 | 11/20/2006 | DAM | Docket minute: Oral notice was given to the Defendant. | |
| 11/20/2006 | 11/20/2006 | DAM | Docket minute: arraignment | |
| 11/07/2006 | 11/07/2006 | ENJ | Case active: State Witness List | |
| 10/12/2006 | 10/12/2006 | VBL | Docket minute: Bill filed - Case allotted - Class III Division B Judge Robert J. Klees | |
| 10/12/2006 | 10/12/2006 | VBL | : Cnt 1 Item RS 14:89 | |
| 10/09/2006 | 11/20/2006 | DGD | Status Hearing: Released from jail | |
| 10/06/2006 | 10/06/2006 | VBL | Case active: BOND FILED | |
| 10/05/2006 | 10/05/2006 | DAM | Case active: PROBABLE CAUSE FILED | |

## Party

| PartyType | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Attorney | ANTHONY J ANGELETTE JR | 235 DERBIGNY ST SUITE 100 | GRETNA | LA | 70053 |
| Witness | DET PAUL THERIOT | | | | |
| Witness | SGT. WILLIAM HARE | | | | |

## Subpoena

| Printed | Schedule | Hearing | Type | SVC | Date | Party | Name | |
|---|---|---|---|---|---|---|---|---|
| | /2007 | 2007 | OTH | Subpoena | | | DEF | |
| | 02/14/2007 | 03/20/2007 | OTH | Subpoena | P | 02/20/2007 | ATD | ANTHONY J ANGELETTE JR |
| | 01/08/2007 | 02/07/2007 | TRL | Subpoena | P | 01/09/2007 | BON | A-1 UNLIMITED, INC |
| | 01/08/2007 | 02/07/2007 | TRL | Subpoena | P | 01/10/2007 | WTS | SGT. WILLIAM HARE |
| | /2007 | 2007 | TRL | Subpoena | | | DEF | |
| | 01/08/2007 | 02/07/2007 | TRL | Subpoena | P | 01/09/2007 | ATD | ANTHONY J ANGELETTE JR |
| | 01/08/2007 | 02/07/2007 | TRL | Subpoena | P | 01/10/2007 | WTS | DET PAUL THERIOT |
| | 11/22/2006 | 01/05/2007 | MOT | Subpoena | P | 11/27/2006 | BON | A-1 UNLIMITED, INC |
| | 11/22/2006 | 01/05/2007 | MOT | Subpoena | P | 11/30/2006 | WTS | SGT. WILLIAM HARE |
| | 11/22/2006 | 01/05/2007 | MOT | Subpoena | P | 11/30/2006 | WTS | DET PAUL THERIOT |
| | 2006 | 2007 | MOT | Subpoena | | | DEF | |

## Case

| Case Nbr | DA Case Nbr | File DT | Class | Close DT | State vs |
|---|---|---|---|---|---|
| | | 10/12/2006 | 3 | 2007 | |

THE STATE OF LOUISIANA

███████████M, ████

Twenty-Fourth Judicial
Parish of Jefferson

PAUL D. CONNICK, JR., District Attorney of the Twenty-Fourth Judicial District, who prosecutes in the name, by the authority and on behalf of the State of Louisiana, in and for the **PARISH OF JEFFERSON** gives this Honorable Court here to understand and be informed that:

██████████████   10-6-06

late of the Parish aforesaid, on or about the 5th day of October in the year of our Lord, Two Thousand and Six with force of arms, in the Parish aforesaid, and within the jurisdiction of the Twenty-Fourth Judicial District Court of Louisiana, in and for the Parish aforesaid, violated R.S. 14:89 in that he did commit crime against nature with Sgt. William Hare of the Jefferson Parish Sheriff's Office by soliciting him to engage in an unnatural oral copulation for compensation,

contrary to the form and Statute of the State of Louisiana, and against the peace and dignity of the State.

*[signature]*
Assistant District Attorney

FILED FOR RECORD
2006 OCT 12 AM 9:28
DEPUTY CLERK
PARISH OF JEFFERSON, LA

IMAGED OCT 12 '06

| Information for: | ████████ | Class III | | |
|---|---|---|---|---|
| Cnt Def Arrest Track | Item Num | Statute | Cls | Description |
| 1  1  ████████ | ████████ | R.S. 14:89 | 3 | CRIME AGAINST NATURE |

Filed: Oct 12, 2006   Deputy Clerk: V. Rauden

B