IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ARTHUR DOE, et al.**                                                                  **PLAINTIFFS**

**VS.**                                                              **CAUSE NO: 3:16-cv-789**

**JIM HOOD, Attorney General**
**of the State Of Mississippi, et al.**                                       **DEFENDANTS**

### DEFENDANTS' RESPONSE IN OPPOSITION TO
### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants, sued in their official capacities only, and respond in opposition to Plaintiffs' Motion for Summary Judgment as follows, to-wit:

1. Plaintiffs Motion for Summary Judgment [Doc. 15] should be denied for the reasons set forth in Defendants' Memorandum in Opposition being filed contemporaneously herewith.

Respectfully submitted this the 21st day of November, 2016.

> JIM HOOD, Attorney General of the
> State of Mississippi; ALBERT SANTA CRUZ,
> Commissioner of the Mississippi Department of
> Public Safety; CHARLIE HILL, Director of the
> Mississippi Sex Offender Registry; COLONEL
> CHRIS GILLARD, Chief of the Mississippi
> Highway Patrol; and LIEUTENANT COLONEL
> LARRY WAGGONER, Director of the Mississippi
> Bureau of Investigation

> By:   *s/Paul Barnes*
> PAUL E. BARNES, MSB No. 99107
> WILSON MINOR, MSB No. 102663
> Special Assistant Attorneys General
> STATE OF MISSISSIPPI
> OFFICE OF THE ATTORNEY GENERAL
> Post Office Box 220
> Jackson, MS  39205
> Telephone No. (601)359-4072
> Facsimile: (601)359-2003

pbarn@ago.state.ms.us
wmino@ago.state.ms.us

## CERTIFICATE OF SERVICE

This is to certify that on this day I, Paul E. Barnes, Special Assistant Attorney General for the State of Mississippi, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to the following:

Robert B. McDuff
MCDUFF & BYRD
767 North Congress Street
Jackson, MS 39202
rbm@McDuffLaw.com

Jacob W. Howard
MCDUFF & BYRD
767 N. Congress
Jackson, MS 39202
jake@McDufflaw.com

Alexis Agathocleous - PHV
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
aagathocleous@ccrjustice.org

Ghita Schwarz - PHV
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
gschwarz@ccrjustice.org

ATTORNEYS FOR PLAINTIFFS

Elliot Tarloff - PHV
JENNER & BLOCK, LLP - Washington, DC
1099 New York Avenue, N.W., Suite 900
Washington, DC 20010-4412
etarloff@jenner.com

Lindsay Harrison - PHV
JENNER & BLOCK, LLP - Washington, DC
1099 New York Avenue, N.W., Suite 900
Washington, DC 20010-4412

lharrison@jenner.com

Oliver E. Diaz , Jr.
OLIVER DIAZ LAW FIRM
P. O. Box 946
Madison, MS 39031
oliver@oliverdiazlaw.com

ATTORNEYS FOR *AMICI CURIAE*

THIS, the 21st day of November, 2016.

                                                 *s/Paul Barnes*
                                                 PAUL E. BARNES