UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **ARTHUR DOE,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **JIM HOOD, Attorney General of the State of Mississippi,** *et al*, <br><br> **Defendants.** | **Case No. 3:16-cv-00789-CWR-FKB** |

## JOINT MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER

Pursuant to the Court's order of June 2, 2017 (ECF No. 43), the parties in this action jointly move this Court to enter a protective order permitting

(1) Plaintiffs to proceed in this action under pseudonyms; and
(2) Plaintiffs to conventionally file, under restricted access, full and complete copies of the documents currently on file in redacted form as ECF Nos. 17 and 17-1 through 17-5.

The parties' proposed protective order is attached as Exhibit 1.

Respectfully submitted this 18th day of August, 2017.

McDuff & Byrd

By: /s/ Robert B. McDuff
   Robert B. McDuff
     Bar No. 2532
   Jacob W. Howard
     Bar No. 103256
767 North Congress Street
Jackson, Mississippi 39202
Tel:(601) 969-0802
Fax: (601) 969-0804
rbm@mcdufflaw.com
jake@mcdufflaw.com
*Counsel for Plaintiffs*

Center for Constitutional Rights

By: /s/ Ghita Schwarz

Ghita Schwarz
   *pro hac vice*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6445
Fax: (212) 614-6499
gschwarz@ccrjustice.org
*Counsel for Plaintiffs*

Law Office of Matthew Strugar

By: /s/ Matthew Strugar
   Matthew Strugar
     *pro hac vice*
2108 Cove Avenue
Los Angeles, CA 90039
Tel: (323) 739-2701
matthewstrugar@gmail.com
*Counsel for Plaintiffs*

State of Mississippi
Office of the Attorney General

By: /s/ Paul Barnes

Paul Barnes
   Bar No. 99107
Wilson Minor
   Bar No. 102663
P.O. Box 220
Jackson, Mississippi 39205
Tel:(601) 359-4072
Fax: (601) 359-2003
pbarn@ago.state.ms.us
wmino@ago.state.ms.us
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this day I, Ghita Schwarz, Counsel for Plaintiffs, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to the following:

PAUL E. BARNES, MSB No. 99107
Special Assistant Attorney General
State of Mississippi
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205
pbarn@ago.state.ms.us

WILSON MINOR, MSB No. 102663
Special Assistant Attorney General
State of Mississippi
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205
wmino@ago.state.ms.us

ATTORNEYS FOR DEFENDANTS

THIS, the 18th day of August, 2017.

/s/Ghita Schwarz_____
GHITA SCHWARZ