# Attachment 1



# Mississippi SOR
## Sex Offender Registry

Name Search | Geographical Search | Community Notifications | FAQs | Resources | Contact Us

 Return to Search Results     Back to Search Form     Submit a Tip

# ANDERSON, ALBERT

Main | Other Addresses | Scars | Tattoos | Vehicle Information



**Picture Date:** 9/7/2016



| Name: | |
|---|---|
| First Name: | ALBERT |
| Middle Name: | |
| Last Name: | ANDERSON |

| Aliases: |
|---|
| SMITH, ALBERT |
| ANDERSON, ALBERT DANIEL |
| ANDERSON, ALBERT ROBERT |
| JONAS, JIMMY |
| JONES, JIMMY LEE |
| ANDERSON, MISSISSIPPI |

| Gender/Race/DOB: | |
|---|---|
| Gender: | Male |
| Race: | Black |
| Date of Birth: | 5/9/1958 |

| Primary Address: |
|---|
| 654 W PORTER ST |
| Jackson, MS 39204 |
| County: HINDS |

| Physical Description: | |
|---|---|
| Height: | 5 FT 11 IN |
| Weight: | 169 LBS |
| Hair Color: | Black |
| Eye Color: | Brown |

**Offenses:**

| Conviction Date | Location | Offense Code | Offense |
|---|---|---|---|
| 11/06/1978 | Hinds MS | Section 97-29-59 | Unnatural intercourse |

If you believe the listed information is in error, you may contact us via the "Submit a Tip" button above.

THE INFORMATION PROVIDED ON THIS SITE IS INTENDED FOR COMMUNITY SAFETY PURPOSES ONLY AND SHOULD NOT BE USED TO THREATEN, INTIMIDATE, OR HARASS. MISUSE OF THIS INFORMATION MAY RESULT IN CRIMINAL PROSECUTION.

MINUTES CIRCUIT COURT, 1ST DISTRICT, HINDS COUNTY _____Nov_____ TERM, 19 78

11-6-78

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT

OF HINDS COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                           NO. P-453

Albert Anderson

### ORDER

This day into open court came the District Attorney for the Seventh Circuit Court District of Mississippi, and came also the Defendant in his own proper person and represented by counsel, having been duly arraigned upon the charge in the indictment at a former day or term of this Court and duly entered a plea of Not Guilty thereto.

Now comes the Defendant in his own proper person, represented by counsel, and withdraws the plea of Not Guilty to the charge heretofore entered, and enters a plea of guilty to the charge of __Sodomy__ _____, the Court having first duly advised the Defendant of all the Defendant's legal and constitutional rights in the premises, and the Defendant having freely, voluntarily and intelligently waived said rights in the premises; the Court having further advised the Defendant of the consequences of such a plea of Guilty, and thereafter the Defendant upon direct questioning having admitted that he is guilty of the crime to which he has pleaded Guilty;

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant, __Albert Anderson__, for such his crime of __Sodomy__ _____, to which he has freely and voluntarily entered a plea of guilty, be and he is hereby sentenced to serve a term of __10 years__ in the __Miss Dept of Corrections consecutive to O-84 & concurrent with P-377, P-452 & P-585__

ORDERED AND ADJUDGED, this the 6th day of November, 1978

_____
CIRCUIT JUDGE

# United States District Court

**SOUTHERN DISTRICT OF MISSISSIPPI**

CAROLYN M. ROMANO
Chief United States Probation Officer

JACKSON OFFICE
501 East Court Street., Suite 1.550
Jackson, Mississippi 39201
TEL: (601) 608-4800
FAX: (601) 608-4902

Reply to: __JACKSON__

HATTIESBURG OFFICE
701 North Main Street, Suite 311
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

GULFPORT OFFICE
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870



December 21, 2011

Mr. Albert Anderson
654 Porter Street
Jackson, Mississippi 39204

RE: **TERMINATION OF SUPERVISION/ SEX OFFENDER REGISTRATION**

Dear Mr. Anderson:

The U.S. Probation Office terminated your term of supervised release, as scheduled, on December 15, 2011.

**I must remind you that yours was a felony conviction and you are still prohibited from the purchase, receipt, or possession of a firearm.** This prohibition is lifelong and only a presidential pardon can restore this right to you.

Additionally, you are required to register as a sex offender with the Department of Public Safety and in the county in which you live. This requirement remains in effect, as required by state and federal law.

If you should have any questions or concerns, please feel free to contact me at (601) 608-4814.

Sincerely,

*Lynda C. Tillis*

Lynda Tillis
U. S. Probation Officer

LCT/jw