### IN UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**ARTHUR DOE, et al.**  **PLAINTIFFS**

**VS.**  **CAUSE NO: 3:16-cv-789**

**JIM HOOD, Attorney General**
**of the State Of Mississippi, et al.**  **DEFENDANTS**

### UNOPPOSED MOTION TO AMEND/CORRECT PROTECTIVE ORDER

COME NOW Defendants, sued in their official capacities only, and submit this Unopposed Motion to Amend/Correct Protective Order as follows, to-wit:

1. Today the Court entered a Protective Order [Doc. 53] that includes a list of individuals, to whom Confidential Information may be disclosed.

2. Jay Eads, identified in paragraph 5(c), has left his position with the Mississippi Department of Public Safety since the proposed protective order was submitted by the parties.

3. Anthony Schmidt, General Counsel for the Mississippi Department of Public Safety, will assume Mr. Eads' role in connection with this litigation.

4. Therefore, in order to permit discovery to proceed efficiently and expeditiously, Anthony Schmidt should be substituted for Jay Eads in paragraph 5(c) as an individual to whom Confidential Information may be disclosed.

5. Plaintiffs' counsel has been consulted and has confirmed that Plaintiffs do not oppose this Motion.

WHEREFORE, Defendants respectfully request that the Court enter an order providing that Anthony Schmidt shall be substituted for Jay Eads as a person to whom Confidential Information may be disclosed, and that in all other respects the Protective Order shall remain unmodified.

Respectfully submitted this the 20th day of September, 2017.

          JIM HOOD, Attorney General of the
State of Mississippi; ALBERT SANTA CRUZ,
Commissioner of the Mississippi Department of
Public Safety; CHARLIE HILL, Director of the
Mississippi Sex Offender Registry; COLONEL
CHRIS GILLARD, Chief of the Mississippi
Highway Patrol; and LIEUTENANT COLONEL
LARRY WAGGONER, Director of the Mississippi
Bureau of Investigation

By:   *s/Paul Barnes*
       PAUL E. BARNES, MSB No. 99107
       WILSON MINOR, MSB No. 102663
       Special Assistant Attorneys General
       STATE OF MISSISSIPPI
       OFFICE OF THE ATTORNEY GENERAL
       Post Office Box 220
       Jackson, MS   39205
       Telephone No. (601)359-4072
       Facsimile: (601)359-2003
       pbarn@ago.state.ms.us
       wmino@ago.state.ms.us

CERTIFICATE OF SERVICE

      This is to certify that on this day I, Paul E. Barnes, Special Assistant Attorney General for the State of Mississippi, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to the following:

Robert B. McDuff
MCDUFF & BYRD
767 North Congress Street
Jackson, MS 39202
rbm@McDuffLaw.com

Jacob W. Howard
MCDUFF & BYRD
767 N. Congress
Jackson, MS 39202
jake@McDufflaw.com

Alexis Agathocleous - PHV
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
aagathocleous@ccrjustice.org

Ghita Schwarz - PHV
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
gschwarz@ccrjustice.org

ATTORNEYS FOR PLAINTIFFS

Elliot Tarloff - PHV
JENNER & BLOCK, LLP - Washington, DC
1099 New York Avenue, N.W., Suite 900
Washington, DC 20010-4412
etarloff@jenner.com

Lindsay Harrison - PHV
JENNER & BLOCK, LLP - Washington, DC
1099 New York Avenue, N.W., Suite 900
Washington, DC 20010-4412
lharrison@jenner.com

Oliver E. Diaz , Jr.
OLIVER DIAZ LAW FIRM
P. O. Box 946
Madison, MS 39031
oliver@oliverdiazlaw.com

ATTORNEYS FOR *AMICI CURIAE*

THIS, the 20h day of September, 2017.

*s/Paul Barnes*
PAUL E. BARNES
