# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| ARTHUR DOE et al., | : |
| Plaintiffs | : Civil Case No. 3:16-CV-00789-CWR-FKB |
| v. | : |
| JIM HOOD et al., | : |
| Defendants | : |

## PARTIAL JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that on May 10, 2018, this Court entered an Order [Doc. ] resolving all claims of Plaintiffs convicted of violating Louisiana's Crime Against Nature by Solicitation ("CANS") statute, La. R.S. §14:89(A)(2) or La. R.S. §14:89.2(A) and requiring Defendants to cease registering individuals on the Mississippi Sex Offender Registry on the basis of a CANS conviction. The terms of that Order are incorporated by reference herein and are fully enforceable as part of this Partial Judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that because partial judgment is granted for Plaintiffs convicted of violating Louisiana's Crime Against Nature by Solicitation ("CANS") statute, La. R.S. §14:89(A)(2) or La. R.S. §14:89.2(A), the case is therefore **DISMISSED WITH PREJUDICE AS TO THEIR CLAIMS**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court will retain jurisdiction over this matter for eighteen (18) months after entry of this Partial Judgment to enforce compliance with the terms of the Order [Doc. 103] entered by this Court on May 10, 2018.

**SO ORDERED** on this the 10th day of May, 2018.

s/ Carlton W. Reeves<br>UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED BY**:

*s/Paul E. Barnes*
PAUL E. BARNES, MSB No. 99107
WILSON MINOR, MSB No. 102663
Special Assistant Attorneys General
STATE OF MISSISSIPPI OFFICE
OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS 39205
Telephone No. (601)359-4072
Facsimile: (601)359-2003
pbarn@ago.state.ms.us
wmino@ago.state.ms.us

*Attorneys for Defendants*

*/s/ Robert McDuff*
Robert B. McDuff, Bar No. 103256
767 North Congress Street
Jackson, Mississippi 39202
Tel: (601) 969-0802
Fax: (601) 969-0804

_____
Ghita Schwarz, *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6478
Fax: (212) 614-6499
Email: gschwarz@ccrjustice.org

_____
Matthew Strugar, *pro hac vice*
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel: (323) 739-2701

*Attorneys for Plaintiffs*