UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **ARTHUR DOE,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **JIM HOOD, Attorney General of the State of Mississippi,** *et al*, <br><br> **Defendants.** | Case No. 3:16-cv-00789-CWR-FKB |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO MOVE
FOR ATTORNEYS' FEES AND COSTS RELATED TO PARTIAL JUDGMENT**

On May 10, 2018, this Court entered a Partial Judgment, resolving the claims of four of the five Plaintiffs in this action. (ECF No. 104.) Plaintiffs' current deadline to move for costs and attorneys' fees related to the Partial Judgment is May 24, 2018. Fed. R. Civ. P. 54(d)(2).

Plaintiffs respectfully move to the Court to extend the deadline for Plaintiffs to move for attorneys' fees and costs related to the Partial Judgment to 14 days after the Court enters Final Judgment in this action.

Good cause exists for this extension of time. The parties are currently briefing cross-motions for summary judgment that should resolve the remaining claims in this action. The requested extension will promote judicial economy by avoiding the Court having to consider—and the parties having to brief—separate motions for attorneys' fees and costs as to different aspects of this action.

Counsel for Plaintiffs has consulted with counsel for Defendants, who indicated that Defendants do not oppose Plaintiffs' Motion.

Plaintiffs respectfully request the Court enter an order extending Plaintiffs' deadline to move for attorneys' fees and costs associated with the May 10, 2018 Partial Judgment (ECF No. 104) to 14 days after this Court enters Final Judgment.

Respectfully submitted this 14th day of May 2018,

CENTER FOR CONSTITUTIONAL RIGHTS

By: /s/ Ghita Schwarz
   Ghita Schwarz
     *pro hac vice*
Shayana Kadidal
   *pro hac vice*
Stephanie Llanes
   *pro hac vice*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6445
Fax: (212) 614-6499
gschwarz@ccrjustice.org
shanek@ccrjustice.org
sllanes@ccrjustice.org

LAW OFFICE OF ROBERT MCDUFF

By: /s/ Robert B. McDuff
   Robert B. McDuff
   Bar No. 2532
767 North Congress Street
Jackson, Mississippi 39202
Tel:(601) 969-0802
Fax: (601) 969-0804
rbm@mcdufflaw.com

LAW OFFICE OF MATTHEW STRUGAR

By: /s/ Matthew Strugar
   Matthew Strugar
     *pro hac vice*
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Tel: (323) 696-2299
matthew@matthewstrugar.com

## CERTIFICATE OF SERVICE

This is to certify that on this day I, Matthew Strugar, Counsel for Plaintiffs, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to the following:

PAUL E. BARNES, MSB No. 99107
Special Assistant Attorney General
State of Mississippi
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205
pbarn@ago.state.ms.us

WILSON MINOR, MSB No. 102663
Special Assistant Attorney General
State of Mississippi
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205
wmino@ago.state.ms.us

In addition, the Proposed Order accompanying this Motion was sent to the above email addresses.

ATTORNEYS FOR DEFENDANTS

THIS, the 14th day of May 2018.

/s/Matthew Strugar_____
Matthew Strugar