UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR DOE, *et al*.<br><br>        Plaintiff,<br><br>v.<br><br>FITCH,[1] *et al*.,<br><br>        Defendants. | Case No. 3:16-cv-00789 (CWR) (FKB) |

PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6478

LAW OFFICE OF ROBERT MCDUFF
767 North Congress Street
Jackson, MS 39202
(601) 259-8484

LAW OFFICE OF MATTHEW STRUGAR
2108 Cove Avenue
Los Angeles, CA 90039
(323) 739-2701

*ATTORNEYS FOR PLAINTIFFS*

---

[1] Lynn Fitch is substituted for former Attorney General Jim Hood. Fed. R. Civ. P. 25(d).

Pursuant to Rule 58(d), Plaintiffs move for entry of Final Judgment in this action.

On May 10, 2018, the Court entered Partial Judgment for Plaintiffs Brenda Doe, Carol Doe, Diana Doe, and Elizabeth Doe. Partial Judgment, ECF No. 104.

On May 13, 2019, the Court stayed this case "pending a state court ruling determining whether [Plaintiff Arthur] Doe can vacate his conviction through state court remedies." Order, ECF No. 152, at 17. Arthur Doe then obtained an order from the Circuit Court of Hinds County, First Judicial District granting his motion for post-conviction relief and vacating his Crime Against Nature conviction. The State removed him from the Mississippi Sex Offender Registry.

All Plaintiffs claims have now been resolved. Plaintiffs now move the Court to lift the stay in this action, dismiss Arthur Doe's claims with prejudice as moot, and enter final judgment. Defendants do not oppose this motion.

A proposed Final Judgment is attached to this motion.

Respectfully submitted this 20th day of December, 2021,

CENTER FOR CONSTITUTIONAL RIGHTS

By: /s/ Shayana Kadidal
   Shayana Kadidal
   *pro hac vice*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6445
Fax: (212) 614-6499
shanek@ccrjustice.org

LAW OFFICE OF ROBERT MCDUFF

By: /s/ Robert B. McDuff
   Robert B. McDuff
   Bar No. 2532
767 North Congress Street
Jackson, Mississippi 39202
Tel: (601) 259-8484

LAW OFFICE OF MATTHEW STRUGAR

By: /s/ Matthew Strugar
   Matthew Strugar
   *pro hac vice*

3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Tel: (323) 696-2299
matthew@matthewstrugar.com

## CERTIFICATE OF SERVICE

      This is to certify that on this day I, Matthew Strugar, Counsel for Plaintiffs, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to the following:

    WILSON MINOR, MSB No. 102663
    Special Assistant Attorney General
    State of Mississippi
    Office of the Attorney General
    Post Office Box 220
    Jackson, MS 39205
    wmino@ago.state.ms.us

    ATTORNEY FOR DEFENDANTS

THIS, the 20th day of December, 2021.

                                                               /s/Matthew Strugar_____
                                                              Matthew Strugar