IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ARTHUR DOE, et al.**                                                                                   **PLAINTIFFS**

**V.**                                                              **CIVIL ACTION NO. 3:16-CV-789-CWR-FKB**

**JIM HOOD, et al.**                                                                                   **DEFENDANTS**

## FINAL JUDGMENT

The parties have jointly moved for the entry of final judgment in the instant matter. Accordingly, the matter is reopened and because defendant Jim Hood is no longer the Attorney General, pursuant to Rule 25(d)(1) of the Fed.R.Civ.P., Lynn Fitch is substituted as the proper party. The stay is hereby lifted, and all claims of Brenda Doe, Carol Doe, Diana Doe and Elizabeth Doe have now been resolved. The claims of Arthur Doe are dismissed with prejudice as moot, and judgment is entered in favor of the plaintiffs. The issue of attorneys' fees shall be addressed separately, but in no way does that issue delay the entry of this final judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 22nd day of December, 2021.

                                                             s/ Carlton W. Reeves
                                                             UNITED STATES DISTRICT JUDGE