# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ARTHUR DOE, BRENDA DOE, CAROL DOE,**
**DIANA DOE, AND ELIZABETH DOE**                                **PLAINTIFFS**

**VS.**                                           **CIVIL ACTION NO. 3:16-cv-789-CWR-FKB**

**LYNN FITCH, Attorney General**
**of the State Of Mississippi; SEAN TINDELL,**
**Commissioner of the Mississippi Department of**
**Public Safety; MEGAN COSTILOW, Director**
**of the Mississippi Sex Offender Registry;**
**COLONEL RANDY GINN, Chief of the**
**Mississippi Highway Patrol; LIEUTENANT**
**COLONEL CHARLES HAYNES, Director of**
**the Mississippi Bureau of Investigation**                            **DEFENDANTS**

## NOTICE OF APPEAL OF ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

Notice is hereby given that Defendants,[1] Lynn Fitch, the Attorney General of the State of Mississippi; Sean Tindell, the Commissioner of the Mississippi Department of Public Safety; Megan Costilow, Director of the Mississippi Sex Offender Registry; Colonel Randy Ginn, Director of the Mississippi Highway Patrol; and Lieutenant Colonel Charles Haynes, Director of the Mississippi Bureau of Investigation, sued in their official capacities, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order [Doc. 161] issued on August 1, 2022, granting Plaintiffs' motion for attorneys' fees. The Court of Appeals has jurisdiction pursuant to 28 U.S.C. § 1291.

Respectfully submitted this the 29th day of August, 2022.

---

[1] Defendants Sean Tindell, Megan Costilow, Colonel Randy Ginn, and Lieutenant Colonel Charles Haynes are automatically substituted as official-capacity defendants in place of their predecessors-in-office pursuant to Fed. R. Civ. P. 25(d).

1

|  |  |
|---|---|
|  | LYNN FITCH, Attorney General of the State of Mississippi; SEAN TINDELL, Commissioner of the Mississippi Department of Public Safety; MEGAN COSTILOW, Director of the Mississippi Sex Offender Registry; COLONEL RANDY GINN, Director of the Mississippi Highway Patrol; and LIEUTENANT COLONEL CHARLES HAYNES, Director of the Mississippi Bureau of Investigation, Defendants |
| BY: | LYNN FITCH, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI |
| BY: | *s/Wilson Minor* <br> WILSON MINOR, MSB No. 102663 <br> Special Assistant Attorney General <br> STATE OF MISSISSIPPI <br> OFFICE OF THE ATTORNEY GENERAL <br> Post Office Box 220 <br> Jackson, MS   39205 <br> Telephone No. (601)359-6279 <br> Facsimile: (601)359-2003 <br> wilson.minor@ago.ms.gov |

**CERTIFICATE OF SERVICE**

      This is to certify that on this day I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to all counsel of record.

      THIS, the 29th day of August, 2022.

                                       *s/Wilson Minor*
                                       WILSON MINOR