# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 22, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60481   Doe v. Fitch
                   USDC No. 3:16-CV-789

The court has granted an extension of time to and including December 7, 2022 for filing appellant's brief in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Whitney M. Jett, Deputy Clerk
                    504-310-7772

Mr. Jacob Wayne Howard
Mr. Arthur S. Johnston III
Mr. Robert Bruce McDuff
Mr. Wilson Douglas Minor
Mr. Matthew Strugar