# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| ARTHUR DOE, *et al.*<br><br>      Plaintiff,<br><br>v.<br><br>FITCH, *et al.*,<br><br>      Defendants. | Case No. 3:16-cv-00789 (CWR) (FKB)<br><br>**[Proposed] Order Granting Joint Stipulation to Amend Order Awarding Attorneys' Fees and Costs (ECF No. 161)** |

On April 25, 2023, the parties filed a stipulation to amend this Court's August 1, 2022 order granting in part and denied in part Plaintiffs' Motion for Attorneys' Fees and Costs (ECF No. 161).

The Court, having considered the parties stipulation and finding good cause, hereby GRANTS the stipulation and Order as follows:

- $35,000.00 in fees incurred on appeal are added to the original $362,921.03 award for a total of $397,921.03;

- Post-judgment interest accrues at an annual rate of 1.58% on the original award of $362,921.03 from August 1, 2022;

- Post-judgment interest accrues at an annual rate of 4.8% on the award of $35,000.00 in fees incurred on appeal from the date of the Court's order approving this stipulation.

**SO ORDERED**, this the ___ day of _____, 2023

_____
UNITED STATES DISTRICT COURT JUDGE