IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **ARTHUR DOE, et. al,** *Plaintiffs,* v. **LYNN FITCH, et. al,** *Defendants.* | Cause No. 3:16-CV-789-CWR-FKB |

# ORDER

On April 25, 2023, the parties filed a stipulation to amend this Court's August 1, 2022 order granting in part and denying in part Plaintiffs' Motion for Attorneys' Fees and Costs (ECF No. 164).

The Court, having considered the parties stipulation and finding good cause, hereby **GRANTS** the stipulation and Order as follows:

- $35,000.00 in fees incurred on appeal are added to the original $362,921.03 award for a total of $397,921.03;

- Post-judgment interest accrues at an annual rate of 1.58% on the original award of $362,921.03 from August 1, 2022;

- Post-judgment interest accrues at an annual rate of 4.8% on the award of

$35,000.00 in fees incurred on appeal from the date of the Court's order approving this stipulation.

**SO ORDERED**, this the 25th day of April, 2023.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
