# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-60481

---

Arthur Doe; Brenda Doe; Carol Doe; Diana Doe; Elizabeth Doe,

*Plaintiffs—Appellees,*

*versus*

Lynn Fitch; Sean Tindell, *Commissioner of the Mississippi Department of Public Safety*; Megan Costilow, *Director of the Mississippi Sex Offender Registry*; Colonel Randy Ginn, *Director of the Mississippi Highway Patrol*; Lieutenant Colonel Charles Haynes, *Director of the Mississippi Bureau of Investigation*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-789

---

### UNPUBLISHED ORDER

Before Stewart, Dennis, and Willett, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellees' opposed motion to publish this court's opinion filed on April 11, 2023, is DENIED.

No. 22-60481

IT IS FURTHER ORDERED that Appellees' unopposed motion to remand consideration of attorneys' fees on appeal to the District Court of the Southern District of Mississippi is GRANTED.