# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 15, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-60481   Doe v. Fitch
                       USDC No. 3:16-CV-789

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Whitney M. Jett, Deputy Clerk
                          504-310-7772

Mr. Jacob Wayne Howard
Mr. Arthur S. Johnston III
Mr. Robert Bruce McDuff
Mr. Wilson Douglas Minor
Mr. Matthew Strugar